**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIELLE LOUIS, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATURE'S PATH FOODS USA INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 1:19-cv-02584-DLI-SMG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

WHEREAS plaintiff Danielle Louis ("Plaintiff") commenced this case by filing a complaint on May 1, 2019;

WHEREAS Plaintiff sent a Request for Waiver of the Service of Summons ("Waiver") to counsel for defendant Nature's Path Foods USA Inc. ("Defendant") on July 24, 2019;

WHEREAS counsel for Defendant executed and returned the Waiver to Plaintiff's counsel on July 24, 2019;

WHEREAS, pursuant to Fed. R. Civ. P. 4(d)(3), Defendant's response to the complaint is due on or before September 23, 2019;

WHEREAS there have been no previous requests for an extension of time for Defendant to respond to the complaint; and

WHEREAS this extension of time will not affect any other dates scheduled in this case,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of this Court, that Defendant's time to answer, move, or otherwise respond to the complaint is extended to October 23, 2019, and that by entering into this stipulation Defendant has not waived any defenses, including lack of personal jurisdiction.

ny-1753595

Dated: New York, New York
      September _17_, 2019

| | |
|---|---|
| SHEEHAN & ASSOCIATES, P.C. | MORRISON & FOERSTER LLP |
| By: _/s/ Spencer Sheehan_ | By: _/s/ Joel C. Haims_ |
| Spencer I. Sheehan | Joel C. Haims |
| 505 Northern Boulevard | 250 West 55th Street |
| Suite 311 | New York, NY 10019 |
| Great Neck, NY 11021 | Telephone: (212) 468-8000 |
| Telephone: (516) 303-0552 | Facsimile: (212) 468-7900 |
| Facsimile: (516) 234-7800 | Email: JHaims@mofo.com |
| Email: Spencer@spencersheehan.com | |
| *Counsel for Plaintiff Danielle Louis* | *Counsel for Defendant Nature's Path Foods USA Inc.* |

IT IS SO ORDERED.

Dated: _____

                                                   HON. STEVEN M. GOLD
                                      UNITED STATED MAGISTRATE JUDGE