Sheehan & Associates, P.C.

505 Northern Boulevard, Suite 311, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

October 15, 2019

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    1:19-cv-02584-DLI-SMG
       Louis v. Nature's Path Foods USA Inc.

Dear Magistrate Judge Gold:

    This office represents the plaintiff. In accordance with your Honor's Individual Practices, 1D, plaintiff, on consent of defendant, requests an adjournment or extension of time for the initial conference.

    At the initial conference held before your Honor on September 23, 2019, the Court prudently decided to trim certain claims from plaintiff's complaint. The Court further instructed plaintiff to advise it within seven (7) days whether it would be dismissing the express warranty claims prior to defendant's motion to dismiss.

    The original date of the conference and/or deadline was October 17, 2019 which was re-scheduled by the Court to October 23, 2019 at 11:00 AM. There have been no previous requests for adjournment of the initial conference. Defendant consents to this request. The reason for this adjournment request is because the parties are close to finalizing a resolution of this action which would make it unnecessary to utilize the Court's resources. It is expected a resolution will be completed no later than October 31, 2019. A suggested adjournment date for the initial conference is November 20, 2019 at 11:00 AM. The requested adjournment does not affect any other scheduled dates. Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ Spencer Sheehan
    Spencer Sheehan

1

Certificate of Service

I certify that on October 15, 2019, I served the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendants' Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan