Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

United States District Court
Eastern District of New York   1:19-cv-02584-DLI-SMG

| | |
|---|---|
| Danielle Louis individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal |
| Nature's Path Foods USA Inc. | |
| Defendant | |

    Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   October 17, 2019

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Spencer Sheehan
    Spencer Sheehan
    505 Northern Blvd., Suite 311
    Great Neck, NY 11021
    (516) 303-0552
    spencer@spencersheehan.com
    E.D.N.Y. #  SS-8533
    S.D.N.Y. #  SS-2056

1:19-cv-02584-DLI-SMG
United States District Court
Eastern District of New York

Danielle Louis individually and on behalf of all others similarly situated

Plaintiff

- against -

Nature's Path Foods USA Inc.

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: October 17, 2019

/s/ Spencer Sheehan
Spencer Sheehan